# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

126930(20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHRISTOPHER MCKAY,
    Defendant-Appellant.

SC: 126930
COA: 255596
Wayne CC: 03-002007-01

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 16, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, KELLY, and MARKMAN, JJ., would grant reconsideration and, on reconsideration, would hold this case in abeyance for *People v Francisco* (Docket No. 129035).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221